\*\*E-filed 10/24/06\*\*

1  Thomas M. Kerr (State Bar No. 241530)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA  94105-2994
3  Telephone:   (415) 268-2000
4  Facsimile:    (415) 268-1999
   tom.kerr@hro.com
5

6  Attorneys for Plaintiffs
   UMG RECORDINGS, INC.; WARNER BROS.
7  RECORDS INC.; CAPITOL RECORDS, INC.;
   ELEKTRA ENTERTAINMENT GROUP INC.;
8  AND ARISTA RECORDS LLC

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                           SAN JOSE DIVISION

13

14  UMG RECORDINGS, INC., a Delaware          Case No.  C06-2051 JF
    corporation; WARNER BROS. RECORDS
15  INC., a Delaware corporation; CAPITOL     Honorable Jeremy Fogel
    RECORDS, INC., a Delaware corporation;
16  ELEKTRA ENTERTAINMENT GROUP INC.,         *EX PARTE* **APPLICATION TO CONTINUE**
    a Delaware corporation; and ARISTA        **CASE MANAGEMENT CONFERENCE**
17  RECORDS LLC, a Delaware limited liability **AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER**
    company,,
18
              Plaintiff,
19        v.

20  SARA POSTER,

21            Defendant.

22

23  ///

24

25

26

27

28

                                      1
EX PARTE APPLICATION
Case No.  C06-2051 JF
#26152 v1

1  Plaintiffs hereby request that the Court continue the case management conference currently set for October 27, 2006, at 10:30 a.m. sixty (60) days to January 5, 2007.  Plaintiffs filed the Complaint against Defendant on March 17, 2006.  Defendant has not yet been served.  Plaintiffs have made numerous attempts at personal service, and are now trying to verify plaintiff's address.  Plaintiffs are still attempting to serve Defendant and will soon attempt alternative forms of service of Defendant.  Plaintiffs therefore request to continue the case management conference so that plaintiffs may continue to attempt to serve defendant.

DATED:  October 20, 2006

THOMAS M. KERR
HOLME ROBERTS & OWEN LLP


By: _____/s/ *Thomas Kerr* _____
   Thomas M. Kerr
   Attorney for Plaintiffs

## ORDER

Good cause having been shown:

**IT IS ORDERED** that the Case Management currently scheduled for October 27, 2006, at 10:30 a.m. is hereby continued to January 5, 2007.

Dated: \_\_ 10/23/06 _____        By: _____
                                             Honorable Jeremy Fogel
                                             United States District Judge

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

     I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

     On October 20, 2006, I served the foregoing documents described as:

*EX PARTE* **APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

          Sara Poster
          2324 Dwight Way, Apt. 304
          Berkeley, CA 94707

     X     BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

     X     (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

     Executed on October 20, 2006 at San Francisco, California.

                                  /s/
                              Molly Morris

*PROOF OF SERVICE*
Case No.: C06-3456 SC
#26152 v1