\*\*E-filed 1/22/07\*\*

Thomas M. Kerr (State Bar No. 241530)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:          tom.kerr@hro.com

Attorneys for Plaintiffs
UMG RECORDINGS, INC.; WARNER BROS.
RECORDS INC.; CAPITOL RECORDS, INC.;
ELEKTRA ENTERTAINMENT GROUP INC.;
AND ARISTA RECORDS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; and ARISTA RECORDS LLC, a Delaware limited liability company,<br><br>           Plaintiffs,<br>       v.<br><br>SARA POSTER,<br><br>           Defendant. | Case No.  C06-2051 JF<br><br>Honorable Jeremy Fogel<br><br>***EX PARTE* APPLICATION FOR LEAVE OF COURT TO CONDUCT DISCOVERY TO COMPLETE SERVICE AND [PROPOSED] ORDER** |

1  Plaintiffs hereby request for leave of Court so that Plaintiffs may proceed with discovery in
2  this matter in order to serve Defendant Sara Poster ("Defendant") with the summons and complaint.
3  As explained in Plaintiffs *ex parte* application to continue the case management conference filed
4  with the Court on January 4, 2007, Plaintiffs have been diligently attempting to serve Defendant
5  with the summons and complaint, however have been unable to locate Defendant and find a valid
6  address for her. Plaintiffs filed the complaint against Defendant on March 17, 2006. Since filing the
7  complaint, Plaintiffs' counsel has spoken with Defendant three times by calling Defendant on her
8  mobile telephone. In each of these conversations, Plaintiffs' counsel has described the nature of the
9  case, and Defendant was informed that Plaintiffs are now attempting to serve her with the summons
10 and complaint. Defendant has refused to give Plaintiffs an address for service. Plaintiffs' counsel
11 has learned that Defendant was admitted as a member of the California Bar on December 1, 2006.
12 Defendant verified this fact when Plaintiffs' counsel spoke with Defendant on November 21, 2006.
13 Plaintiffs' have attempted to serve Defendant at the address provided on the California State Bar
14 website, however the address provided for Defendant is a post office box, and therefore Defendant
15 cannot be served at that address. Plaintiffs are diligently attempting to serve Defendant, and remain
16 in the process of attempting to locate Defendant's address. However, recent attempts to serve
17 Defendant at addresses found through investigation have proven unsuccessful. Plaintiffs therefore
18 respectfully request the Court for leave of Court to initiate discovery so that Plaintiffs may locate
19 Defendant and serve her with the summons and complaint.

21 DATED: January 17, 2007            HOLME ROBERTS & OWEN LLP

22                                    By: _____/s/ *Thomas Kerr* _____
23                                       Thomas M. Kerr
                                         Attorney for Plaintiffs

2

*EX PARTE* APPLICATION
Case No. C06-2051 JF
#27686 v1

**ORDER**

Good cause having been shown:

**IT IS ORDERED** that Plaintiffs are granted leave of Court to initiate discovery in order to locate Defendant and serve her with the summons and complaint.

Dated: __1/19/07_____        By: _____
                                        Honorable Jeremy Fogel
                                        United States District Judge