\*\*E-filed 6/25/07\*\*

MERL LEDFORD III, No. 82253
LEDFORD LAW CORPORATION
805 West Oak Avenue
Visalia, CA  93291-6033
Telephone     559.627.27l0
Fax                559.627.0717
E-mail           m.ledford3@ledfordlaw.net

Attorneys for  Defendant
SARA POSTER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC.; WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; and ARISTA RECORDS LLC, a Delaware limited liability company,<br>                    Plaintiffs,<br><br>       v.<br><br>SARA POSTER,<br>                    Defendant. | CASE NO. C-06-02051 JF<br><br>Honorable Jeremy Fogel<br><br>**STIPULATION FOR CHANGE OF VENUE TO COURT OF DEFENDANT'S RESIDENCE; ORDER ON STIPULATION**<br><br>[28 USC §§ 139(b), 1400(a)] |

## STIPULATION FOR CHANGE OF VENUE

**WHEREFORE:**

1. Defendant SARA POSTER is a resident of the Santa Ana Branch of the Central District of California; and

2. Venue under the Copyright Act is correct at the place of the Defendant's residence; and

3. Defendant SARA POSTER was substitute served at an address that is not within the San Jose Branch of the Northern District of California and at no time germane to this proceeding did Defendant SARA POSTER reside in the San Jose Branch of the Northern District of California;

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO** by their respective attorneys of record that the above captioned matter be Ordered transferred to the SANTA ANA BRANCH of the UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA for further proceedings and that all filings, Case Management Conference, and other dates be vacated pending transfer of the file and assignment to a Courtroom in the Santa Ana Branch of the Central District of California.

Dated: June 12, 2007                                        HOLME ROBERTS & OWEN LLP


                                                                                     /s/ Thomas M. Kerr
                                                                                      Thomas M. Kerr
                                                                                      Attorneys for Plaintiffs


Dated: June  13 , 2007                                       LEDFORD LAW CORPORATION


                                                                                      /s/ MERL LEDFORD III
                                                                                      Merl Ledford III
                                                                                      Attorneys for Defendant
                                                                                      SARAH POSTER

Stipulation For Change of Venue
Case No. C 06-02051 JF
#30671 v1

**ORDER ON STIPULATION FOR CHANGE OF VENUE**

Based on the foregoing Stipulation of Counsel and good cause therefore appearing,

**IT IS HEREBY ORDERED** that the above-captioned matter be transferred to the SANTA ANA BRANCH of the UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA for further proceedings and all filings, Case Management Conference, and other dates be and are hereby vacated pending transfer of the file and assignment to a Courtroom in the District of correct venue in the action.

Dated: __6/25_____, 2007              _____
                                         HONORABLE JEREMY FOGEL
                                         UNITED STATES DISTRICT JUDGE